FILE COPY

No. 07-15-00119-CR

| | | |
|---|---|---|
| Emery Dominique Emmitt a/k/a Emery Dominiaue Emmitt<br>    Appellant | § | From the 432nd District Court<br>    of Tarrant County |
| | § | |
| v. | § | October 6, 2015 |
| | § | Opinion by Justice Campbell |
| The State of Texas<br>    Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 6, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o